

**FILED**
CLERK, U.S. DISTRICT COURT

JUN 11 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

Pls Change Zip Code To 06519

# Dunbar
# vs
# Bloom

# 2:25-cv-02937-WLH-PVC

✱ The Prophecy is pages 1-25

Don't accept the book when 1984 build it for the tenure. 50 Cent is Mentally Challenged? That's why it's in evidence he's stealing online?

**MOTION INFORMATION STATEMENT**

Docket Number(s): 24-2690

Motion for: Reconsideration

Set forth below precise, complete statement of relief sought:

4,000,000,000
Arrest Warrant
Restraining Order
monetary damages
Default Judgement

MOVING PARTY: Janis Dunbar
☒ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

MOVING ATTORNEY: Janis Dunbar     OPPOSING ATTORNEY: Unknown
19 Edgar St #1                    530 5th St 5th Floor
New Haven, Ct 06519               NY, NY 10036

If these judges don't do right to the Senate. 50 Cent son is stealing they took my last $36 what did they buy games Don't lose your jobs behind 50 Cent

Please check appropriate boxes:
Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? ☒ Yes ☐ No
Has this relief been previously sought in this court? ☒ Yes ☐ No
Requested return date and explanation of emergency:
Curtis Jackson is Guilty

Is the oral argument on motion requested? ☒ Yes ☐ No

Has the appeal argument date been set? ☐ Yes ☒ No

Signature of Moving Attorney:
Janis Dunbar    Date: 5-20-2025

I don't call being Stalked and Robbed online by a Millionaire FRIVOLOUS

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007  Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 26-2490

Motion for: Reconsideration

Caption [use short title]: Dunbar vs Jackson

Set forth below precise, complete statement of relief sought:
1,000,000,000
Arrest Warrant
Restraining Order
monetary damages

MOVING PARTY: Janis Dunbar
☒ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

OPPOSING PARTY: Curtis Jackson

MOVING ATTORNEY: Janis Dunbar
19 Edgar St #1
New Haven, CT 06519

OPPOSING ATTORNEY: Unknown
530 5th Ave 5th Fl
NY, NY, 10036

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☒ Don't Know

Is oral argument on motion requested? ☒ Yes  ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes  ☒ No  If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☒ Yes  ☐ No
Has this relief been previously sought in this court? ☒ Yes  ☐ No
Requested return date and explanation of emergency: _____

Signature of Moving Attorney:
Janis Dunbar  Date: 5·7·25  Service by: ☐ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1

On April 23 2025 I tried to get on my facebook page through Yahoo I have two one on google also it said session expired I had to turn my phone off. A hacker was trying to take my page because I said 50 Cent got it saturated over her I saw session expired each page he took from me. Now I have to use a password each time I use the page. Curtis James Jackson Robbed me in 2017 of $600 a pocketbook and a tv. The tv went to 543 Erie St in Camden N.J. I do not know this girl to send her a tv. 50 Cent and Jamara Haines Ran from the lawsuit because everything is true. I can't help that Curtis Jackson has people brainwashed.

Explanation of Reason(s)

Mr. Jackson has no reason bothering me like I belong to him. I am not his girlfriend. For him to ride around in my phone like this. He is mentally challenged. I want him arrested and put in prison for the rest of my life. First he makes a Janice Turner paige to befriend me. Then he puts Jamira Haines on my phone wishing me death. Then they come back and rob me of $600.00. To now stalking me in my cell phone. I want my money damages for years of your crazy and I'm telling the truth. He is not all there to go back to get back in my phone.

Curtis Jackson is constantly reading me he put up a video if the FEDS COME YOU DONT KNOW ME AND I DONT KNOW YOU WITH A GUN IN HAND BULLETPROOF VEST ON THIS MORNING I WENT TO BLOCK SNOOP DOGG CALVIN BROADUS. I LEFT A COMMENT. FIRST HE AUTOMATICALLY POPPED IN MY MESSENGER YOU WON OPEN LINK. I DIDNT OPEN THE LINK THEIR STILL STEALING ONLINE HE WAS ACTUALLY IN 50 CENT GROUP. HE POPPED IN MY MESSENGER AUTO PILOT FOR BANK CARD INFORMATION ONLY WAY TO GET WHAT I WON SMH. THEY HAVE BEEN STEALING FOR YEAR ME IN 2017



**Welltok®**
Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589



*[handwritten: too embarrassed to ask his ex he's stalking me.]*

December 22, 2023

K5581-L01-0616975 T01914 P030 ********SCH 5-DIGIT 06511
JANIS L DUNBAR
19 EDGAR ST # 1
NEW HAVEN, CT 06519-2318

*[handwritten: 24-00875, Officer Dippini]*

**Notice of Data Event**

Dear Janis L Dunbar:

Welltok, Inc. writes on behalf of Yale New Haven Health to inform you of an event that may have impacted some of your personal information. Welltok operates an online contact-management platform that enables healthcare clients to provide patients and members with important notices and communications for Yale New Haven Health and received your information in connection with these services. Although we have no indication of actual fraud or misuse of your information, we are providing you with details about the incident, our response to it, and resources available to help you further protect your information, should you feel it appropriate to do so.

**What Happened.** On July 26, 2023, we were alerted to an earlier alleged compromise of our MOVEit Transfer server in connection with software vulnerabilities made public by the developer of the MOVEit Transfer tool. We had previously installed all published patches and security upgrades immediately upon such patches being made available by Progress Software, the maker of the MOVEit Transfer tool. We also conducted an examination of our systems and networks using all information available to determine the potential impact of the published vulnerabilities presence on the MOVEit Transfer server and the security of data housed on the server. We confirmed that there was no indication of any compromise at that time.

Upon being alerted to the alleged issue, we moved quickly to launch an additional investigation with the assistance of third-party cybersecurity specialists and using additional information that had been discovered in the intervening period, to determine the potential for a hidden presence of vulnerabilities on the MOVEit Transfer server and the security of data housed on the server. After a full reconstruction of our systems and historical data, our investigation determined on August 11, 2023, that an unknown actor exploited software vulnerabilities, accessed the MOVEit Transfer server on May 30, 2023, and exfiltrated certain data from the MOVEit Transfer server during that time. We subsequently undertook an exhaustive and detailed reconstruction and review of the data stored on the server at the time of this incident to understand the contents of that data and to whom that data relates. On October 25, 2023, Yale New Haven Health learned the scope of the data present on the impacted server at the time of the event. Since then, we have been coordinating efforts with Yale New Haven Health to review and verify the affected information and provide direct notice to impacted individuals.

**What Information Was Involved.** The information contained in the affected files included your name and MRN patient ID, date of birth, health insurance information, provider name, treatment cost information, and treatment information or diagnosis. Your Social Security Number and financial information were not affected as a result of this incident.

B108164

0616975

K5581-L01

Janis L Dunbar
19 Edgar St. #1
New Haven, CT 06519

Case 2:25-cv-02937-WLH-PVC    Document 13    Filed 06/11/25    Page 9 of 18    Page ID #:66

**Yale NewHaven Health**

Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

84 1 34571 ********************AUTO**5-DIGIT 06511
Janis Lavern Dunbar
19 Edgar St Fl 1
New Haven, CT  06519-2318

April 14, 2025

Dear Janis Lavern Dunbar,

Yale New Haven Health System ("YNHHS") is committed to protecting the privacy and security of patient information. We are writing to inform you of a data security incident that involved some of that information. This letter explains what happened, measures we have taken in response, and offers steps you may consider taking.

**What Happened?** On March 8, 2025, we identified unusual activity affecting our Information Technology (IT) systems. We immediately took steps to contain the incident and began an investigation, which included assistance from external cybersecurity experts. We also reported the incident to law enforcement. The investigation determined that an unauthorized third-party gained access to our network and, on March 8, 2025, obtained copies of certain data.

**What Information Was Involved?** The information contained in the data may include your demographic information (such as name, date of birth, address, telephone number, email address, race or ethnicity), Social Security number, and/or medical record number.

YNHHS's electronic medical record and treatment information were **not** involved or accessed, and **no** financial account or payment information was involved in this incident.

**What We Are Doing & What You Can Do.** YNHHS considers the health, safety, and privacy of patients our top priority. We are continuously updating and enhancing our systems to protect the data we maintain and to help prevent events such as this from occurring in the future.

While, to date, we are not aware of any patient information being used for identity theft or fraud, as a precaution, we are offering you a complimentary 24-month membership in Experian® IdentityWorks$^{SM}$ Credit 3B. This product helps detect possible misuse of your personal information and provides you with identity protection services focused on immediate identification and resolution of identity theft. IdentityWorks$^{SM}$ is completely free to you, and we understand that enrolling in this program will not impact your credit score. **For more information on identity theft prevention and IdentityWorks$^{SM}$, including instructions on how to activate your complimentary membership and information about identity protection, please see the pages that follow this letter.**

**For More Information.** We take our responsibility to safeguard patient information seriously, and we apologize for any concern this incident might cause. If you have questions about this incident, please call 1-855-549-2678, Monday through Friday, between 9:00 a.m. and 9:00 p.m., Eastern Time.

Sincerely,

*Sherry Coomes*

Sherry Coomes
Chief Compliance and Privacy Officer

March 6, 2025

To Whom this may concern,

I purchased my phone on March 3, 2025. Mr. Jackson hacked my hsp Yale New Haven again on March 8 per the two prior motions. On April 23 my phone changed. On May 3, 2025 I got a letter that my information has been compromised again. Remember I told you he came on my page and laughed kicked out my phone.

My book signing was in Yale, Barn & Noble they put my seats in front of Java. Curtis James Jackson has been using a hacker for me since 2014. My brother is in my book an IT technician. Somebody in your computer like the CIA.

Lying on someone's character who can destroy you with the truth is diabolical.

No one plays the victim more than the person that caused the damage. Curtis James Jackson is mentally challenged he doesn't know right from wrong. He said I'm Rich I can do what I want to. He also said if I lose all my money, I'll make it back.

Louisiana they got served by me on April 17 he's going to run again because the book is done.

It's not fair that you don't believe me. He is Mentally Challenged. don't know right from wrong from lead paint 1978.

I feel like I am being attacked for telling the truth, because Ro's been lying to people for so long. There's a whole video online of him saying something is wrong with me the beginning of his career. Curtis Jackson is a liar he's lying about his life. He's just like my sister. Hereditary, no cure. I am not going to lie on myself for nobody.

Apparently the court system doesn't believe in a higher power like Jehovah God or the devil. That girl is very dark. How would I know that some random girl has twisted tubes and a tilted uterus. She told me on my house phone. I didn't lie about nothing. 50 Cent is stalking and harrassing me. I care who they are now. They are making pages like maniacs. Tyler Perry. I didn't know it was a prophecy I didn't know you went through all of that 4 years to late.

It is unfair for the court to stick up for Curtis Jackson because he wont participate in this lawsuit when he did everything. I am saying, If the shoe was on the other foot you would have me on the news for stalking. These people are bothering me because you dont believe it. 50 Cent is sick. I want either his childhood medical records or a tube of blood.

You acting like this isnt true when it is that's why theres a book. If 50 Cent couldnt stop my book why are three judges trying to stop my lawsuit. I'm not making pages to myself. Now that this is happening has finally stopped. I have been going through this for 7 years. My ex husband has to go to court to he stole $36,000 the same prophecy and said yeah he did it.

Amiee Haines was on my house phone for 2 months every night 3 of those days she chanted die. Your not supposed to throw out my case because they didnt respond your giving him the easy way out. I wrote that book for a reason. Every word is true. I am also sueing him in Shreveport

I was A student all the way through school. I am not mentally challenged or crazy he is.
Jeffrey Hirsch should have answered he can't either because its true.
I am not going to call myself a liar for the truth.

Sincerely
Janis Dunbar

P.S
They all know who I am
50 Cent had me in his phone for years. Shout out to Janice Turner my number 1st fan.
50 Cent is a grown man he should be able to stand up for himself just like he dialed my home phone number. 50 Cent is alive and well he could had answered this lawsuit he didnt because its true.
Q tv went to 548 Erie St Camden N.J Janice Haines mother house.
A true Story Book and nobody is Reading it. 50 Cent be in NY at Basketball games he could had easily walked in that courthouse.

His grandfather told him his life going to catch up with him. They know who I am. I am not a liar. I don't like to lie it's not my character. I have been telling the truth from the beginning. The police surrounded me whose the hacker. He hacked the Starz app on my phone before. The FBI need to grab Curtis Jackson. He doing to much to be in my life.

Sincerely

Janis Dunbar

P.S I wish the Judges would had opened that book Curtis James Jackson belongs in prison. My business teacher you see JAVA call the police. I did and I notified Jeffrey Hirsch nobody did nothing protecting 50 Cent while Curtis Jackson committing crime.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Dunbar

**CERTIFICATE OF SERVICE***

Docket Number: 26-2490

v.

Jackson

I, Janis Dunbar (print name), hereby certify under penalty of perjury that on April 25 2025 (date), I served a copy of 7 pages

(list all documents)

by (select all applicable)**

___ Personal Delivery     ✓ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Curtis Jackson | 530 5th Ave | NY | NY | 10036 |
| Jamira Haines | 530 5th Ave | NY | NY | 10036 |
| Jeffrey Hirsh | 530 5th Ave | NY | NY | 10036 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

April 25 2025
Today's Date

Janis Dunbar
Signature

Certificate of Service Form (Last Revised 12/2015)





Janis Dunbar
19 Edgar St #1
New Haven, CT 06519

US District Court
Central District of California
Office of the Clerk
255 East Temple St Rm 180
Los Angeles, California 90012